

# NUMBER 13-23-00579-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI – EDINBURG

THOMAS RHEMAN,                                                                                    Appellant,

v.

DEBORAH RHEMAN
N/K/A DEBORAH SIBLEY,                                                                          Appellee.

## ON APPEAL FROM THE 103RD DISTRICT COURT
## OF CAMERON COUNTY, TEXAS

## MEMORANDUM OPINION

### Before Chief Justice Contreras and Justices Longoria and Peña
### Memorandum Opinion by Chief Justice Contreras

This cause is before the Court on its own motion. On December 14, 2023, appellant filed a notice of appeal. The clerk's record was due on January 26, 2024. On January 25, 2024, this Court notified appellant that unless he made arrangements to pay for the clerk's record and proof of payment was provided to the Court within ten days, the appeal was

subject to dismissal for want of prosecution. *See* TEX. R. APP. P. 37.3(b). On January 26, 2024, the district clerk notified the Clerk of the Court that appellant had failed to make arrangements for payment of the clerk's record. On February 15, 2024, the district clerk again notified the Clerk of the Court that appellant had failed to make arrangements for payment of the clerk's record.

No clerk's record has been filed due to appellant's failure to pay or make payment arrangements, and appellant has failed to comply with a notice from the Clerk of the Court requiring a response or other action within the time specified; accordingly, the appeal is dismissed for want of prosecution. *See* TEX. R. APP. P. 37.3(b), 42.3(b), (c).

DORI CONTRERAS
Chief Justice

Delivered and filed on the
2nd day of May, 2024.

2